**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LINDA TELLIS,<br>individually and on behalf of the class<br>defined herein,<br><br>    Plaintiff,<br><br>  vs.<br><br>CSGA, LLC;<br>BRONSON & MIGLIACCIO, LLP,<br>H. BRUCE BRONSON, JR. and<br>RICHARD J. MIGLIACCIO,<br><br>    Defendants. | 08-cv-2854<br><br>Judge Darrah<br>Magistrate Judge Cox |

**NOTICE OF MOTION**

**To:**  **(See attached service list.)**

  **PLEASE TAKE NOTICE** that on Tuesday, June 3, 2008 at 9:00a.m., we will appear before Judge Darrah in Room 1203 of the United States District Court, for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL 60604, and present: **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.**

               s/ Daniel A. Edelman
               Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Daniel A. Edelman, hereby certify that on May 21, 2008, the foregoing document was filed electronically. A copy of the foregoing document was sent via U.S. Mail to:

**CSGA, LLC**
c/o Registered Agent Solutions Inc.
1 West Old State Capitol Plaza, Suite 805
Springfield, IL 62701

**BRONSON & MIGLIACCIO, LLP**
799 Roosevelt Road
Building 6, Suite 316A
Glen Ellyn, IL 60137

**RICHARD J. MIGLIACCIO**
Bronson & Migliaccio, LLP
2200 Fletcher Avenue, 5th floor
Fort Lee, NJ 07024

**H. BRUCE BRONSON, JR**
Bronson & Migliaccio, LLP
2200 Fletcher Avenue, 5th floor
Fort Lee, NJ 07024

s/ Daniel A. Edelman
Daniel A. Edelman