AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LINDA TELLIS,
individually and on behalf of a class,
   Plaintiff,

V.

CSGA, LLC; BRONSON & MIGLIACCIO, LLP;
H. BRUCE BRONSON, JR. and RICHARD J. MIGLIACCIO,
   Defendants.

CASE NUMBER: 08CV2854 RCC
JUDGE DARRAH

ASSIGNED JUDGE: MAGISTRATE JUDGE COX

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

CSGA, LLC
c/o Registered Agent Solutions Inc.
1 West Old State Capitol Plaza, Suite 805
Springfield, IL 62701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within   **20**   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

**May 16, 2008**
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 27, 2008 at 3:20 PM |
| NAME OF SERVER (PRINT) Greg Willing | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service ON A Business: CSB ALLC 2501 Chatham Rd. RM #110 Springfield IL. Served Dave Webber / Accounting Rep - 45 yrs. of age - White - Male - 5'8 - 170 lbs - Brn. Hair - No glasses

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 28, 2008

Signature of Server

Address of Server: 2201 Woodlawn Rd #300 Lincoln Ill 62656

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.