AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALIAS
## SUMMONS IN A CIVIL CASE

LINDA TELLIS,
individually and on behalf of a class,
    Plaintiff,

CASE NUMBER: 08-cv-2854

V.

ASSIGNED JUDGE: Darrah

CSGA, LLC; BRONSON & MIGLIACCIO, LLP;
H. BRUCE BRONSON, JR. and RICHARD J. MIGLIACCIO,
    Defendants.

DESIGNATED
MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

RICHARD J. MIGLIACCIO
Bronson & Migliaccio, LLP
2200 Fletcher Avenue, 5th floor
Fort Lee, NJ 07024

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

J. Cervantes

**(By) DEPUTY CLERK**



**May 20, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/30/08 |
| NAME OF SERVER (PRINT) James Reap | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By delivering and leaving documents with Jessica Tain, Administrative Assistant, person authorized to accept service on behalf of Bronson & Migliaccio, LLP at 220 Fletcher Ave. 5th Floor, Fort Lee, NJ 07024

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/2/08

Signature of Server

Address of Server: 50 Main St. Hackensack, NJ 07601

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.