IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINDA TELLIS, individually and on behalf of the class defined herein, | ) ) ) |
| Plaintiff, | ) ) Case No.: 08 CV 2854 |
| v. | ) ) Judge: Darrah |
| CSGA, LLC, BRONSON & MIGLIACCIO, LLP, H. BRUCE BRONSON, JR. and RICHARD J. MIGLIACCIO, | ) ) Magistrate Judge Cox ) ) ) |
| Defendants. | ) ) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants CSGA, LLC, Bronson & Migliaccio, LLP, H. Bruce Bronson, Jr. ("Bronson") and Richard J. Migliaccio ("Migliaccio") by and through their attorneys David M. Schultz and Jennifer W. Weller and for their Motion for an Enlargement of Time to Answer or Otherwise Plead state as follows:

1. Plaintiff's Complaint purports to allege class claims pursuant to the Fair Debt Collection Practices Act, Illinois Collection Agency Act and Illinois Consumer Fraud Act.

2. CSGA, LLC was served on or about May 27, 2008 and was to respond to plaintiff's complaint on June 16, 2008. Bronson and Migliaccio were served on or about May 30, 2008 and their responsive pleadings are currently due June 19, 2008. The law firm of Bronson & Migliaccio, LLP has not yet been served, however, it has authorized counsel to file an appearance on its behalf.

3. Defendants seek an additional 28 days to July 17, 2008 to file their responsive pleadings to the Complaint. Although defendants were not all served on the same date,

defendants are represented by the same counsel and request the same responsive pleading deadline.

4. Counsel for defendants are filing appearances contemporaneously with this motion.

5. The additional time is not sought for the purpose of unnecessary delay and will not prejudice any party to this action.

6. Counsel for defendants has discussed the additional time with counsel for the plaintiff and counsel for plaintiff does not oppose the additional time.

    Respectfully submitted,

    HINSHAW & CULBERTSON LLP

    By: s/*Jennifer W. Weller*
        Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6331868v1 889660