IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINDA TELLIS, individually and on behalf of the class defined herein, | ) ) ) |
| Plaintiff, | ) ) Case No.: 07 C 6898 |
| v. | ) ) Judge: Lindberg |
| CSGA, LLC, BRONSON & MIGLIACCIO, LLP, H. BRUCE BRONSON, JR. and RICHARD J. MIGLIACCIO, | ) ) Magistrate Judge Cox ) ) |
| Defendants | |

### NOTICE OF MOTION

TO:   Daniel A. Edelman, Cathleen M. Combs,       courtecl@edcombs.com;
      James O. Latturner, Tiffany Nicole Hardy    ccombs@edcombs.com;
      Edelman, Combs, Latturner & Goodwin, LLC   jlatturner@edcombs.com; and
      120 South LaSalle Street, 18th Floor        thardy@edcombs.com
      Chicago, IL 60603

**PLEASE TAKE NOTICE** that on **June 25, 2008**, at **9:00 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge John W. Darrah or any Judge sitting in his/her stead in Courtroom 1203, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is served upon you.

HINSHAW & CULBERTSON LLP

David M. Schultz                           s/ *Jennifer W. Weller*
Jennifer W. Weller                         Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6331895v1 889660

## CERTIFICATE OF SERVICE

I hereby certify that on **June 19, 2008**, I electronically filed the above and foregoing **NOTICE OF MOTION and UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

                                          HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz<br>Jennifer W. Weller<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>312/704-3000<br>312/704-3001 – facsimile<br>dschultz@hinshawlaw.com<br>jweller@hinshawlaw.com | s/ *Jennifer W. Weller*<br>Jennifer W. Weller |

2