AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

LINDA TELLIS,
individually and on behalf of a class,
    Plaintiff,

V.

CSGA, LLC; BRONSON & MIGLIACCIO, LLP;
H. BRUCE BRONSON, JR. and RICHARD J. MIGLIACCIO,
    Defendants.

CASE NUMBER:   08CV2854   RCC
                         JUDGE DARRAH

ASSIGNED JUDGE:   MAGISTRATE JUDGE COX

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

BRONSON & MIGLIACCIO, LLP
799 Roosevelt Road
Building 6, Suite 316A
Glen Ellyn, IL 60137

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK



May 16, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me [1]

DATE: 6/23/08

NAME OF SERVER (PRINT): James Reap

TITLE: Process Server

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By delivering and leaving documents with Patty Scillieri, Secretary, person authorized to accept service on behalf of Bronson & Migliaccio, LLP at 2200 Fletcher Ave. 5th Floor Fort Lee, NJ 07024

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/25/08
  *Date*

*Signature of Server*

50 Main St. Hackensack, NJ 07601
  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.