IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINDA TELLIS, individually and on behalf of the class defined herein, ) ) ) | |
| Plaintiff, ) ) | Case No.: 08 CV 2854 |
| v. ) ) | Judge: Darrah |
| CSGA, LLC, BRONSON & MIGLIACCIO, LLP, H. BRUCE BRONSON, JR. and RICHARD J. MIGLIACCIO, ) ) ) ) | Magistrate Judge Cox |
| Defendant. ) ) | |

## NOTICE OF MOTION

TO:  Cathleen M. Combs, Daniel A. Edelman,
    Edelman, Combs, Latturner & Goodwin, LLC
    120 South LaSalle Street, 18th Floor
    Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on **August 19, 2008**, at **9:00 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge John W. Darrah or any Judge sitting in his/her stead in Courtroom 1203, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **DEFENDANTS' MOTION TO STAY PURSUANT TO COLORADO RIVER DOCTRINE,** a copy of which is served upon you.

                                                HINSHAW & CULBERTSON LLP

David M. Schultz                                s/ *David M. Schultz*
Jennifer W. Weller                              David M. Schultz
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6341776v1 889660

## CERTIFICATE OF SERVICE

I hereby certify that on **July 17, 2008**, I electronically filed the above and foregoing **NOTICE OF MOTION and DEFENDANTS' MOTION TO STAY PURSUANT TO COLORADO RIVER DOCTRINE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

                    HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz | s/ *David M. Schultz* |
| Jennifer W. Weller | David M. Schultz |
| HINSHAW & CULBERTSON LLP | |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312/704-3000 | |
| 312/704-3001 – facsimile | |
| dschultz@hinshawlaw.com | |
| jweller@hinshawlaw.com | |

6341776v1 889660