UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Linda Tellis
                        Plaintiff,

v.                                               Case No.: 1:08−cv−02854
                                                       Honorable John W. Darrah

CSGA, LLC, et al.
                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable John W. Darrah:Defendants' motion to stay [23] is withdrawn. Defendants' motion to dismiss to be filed by 9/5/08, response by 10/6/08, reply by 10/20/08. The Court vacates the status date of 11/26/08 stated in open Court. Status hearing set for 12/3/08 at 9:00 a.m. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.